817 A.2d 1080

Anthony BAINES, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

No. 8 MAP 2003.

Supreme Court of Pennsylvania.

Feb. 19, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2003, the above captioned appeal is quashed as untimely. Rule 903(a), Pa. R.A.P.